```
 1  THOMAS O. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    YVONNE L. GARCIA (Cal. State Bar No. 248285)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-0719
 7       Facsimile:  (213) 894-0141
         E-mail:     yvonne.garcia@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 08-2037M |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER FOR DESIGNATING AND DETAINING A MATERIAL WITNESS WITH APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |
| v. | ) | |
| ROBERTO AMAYA CANCHOLA, | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that Gabriel Garnica-Torres is hereby declared to be a material witness in the above-captioned case.

IT IS HEREBY FURTHER ORDERED that the aforementioned material witness shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure his presence at trial:

(1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with

approval of the surety by Pre-trial Services); and

    (2)  Pre-trial Services supervision.

DATED: 8/27/08

_____
HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
YVONNE L. GARCIA
Assistant United States Attorney

2